JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY SCHERER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COAST-UNITED ADVERTISING CO., INC., a California Corporation; KARAPETIAN ORGANIZATION INC., a California Corporation; and Does 1-10,<br><br>　　　　Defendants. | Case No. CV 19-08810-AB (SSx)<br><br>**ORDER DISMISSING CIVIL ACTION** |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated.

//

//

//

1.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: December 17, 2019

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE